■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL KANAVAL, Appellant.—Judgment unanimously affirmed. Same memorandum as in *People v Sullivan* (148 AD2d 995 [decided herewith]). (Appeal from judgment of Livingston County Court, Cicoria, J.—assault, first degree, and other charges.) Present—Dillon, P. J., Callahan, Doerr, Pine and Lawton, JJ.